# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0758
LT Case No. 2022-CA-023100

_____

DARYL TURNER and KIMBERLY
TURNER,

      Petitioners,

      v.

MAHESH SHAH as TRUSTEE of the
RASHMI SHA IRREVOCABLE
TRUST, and HADDAWAY
ASSOCIATES, LLC d/b/a ELITE
AUCTIONS,

      Respondents.

_____

Petition for Certiorari Review of Order
from the Circuit Court for Brevard County,
Dale Curtis Jacobus, Judge.

John M. Stewart, of GrayRobinson, P.A., Melbourne, for
Petitioners.

Ronald D. Edwards, Jr., of Lowndes, Drosdick, Doster, Kantor &
Reed, P.A., Orlando, for Respondent, Mahesh Shah.

Kelly M. Vogt, of Clausen Miller, P.C., Tampa, for Respondent,
Haddaway Associates, LLC d/b/a Elite Auctions.

August 23, 2024

PER CURIAM.

DENIED. *See Firstservice Residential Fla., Inc. v. Rodriguez*, 261 So. 3d 674, 676 (Fla. 5th DCA 2018) ("[A] petitioner cannot raise in a petition for writ of certiorari a ground that was not raised below.").

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____